LEAGUE OF UNITED LATIN
AMERICAN CITIZENS, et
al., Plaintiffs–Appellees,

v.

U.S. DEPARTMENT OF IMMIGRATION
AND NATURALIZATION SERVICE,
Defendant–Appellant.

No. 88–6447.

United States Court of Appeals,
Ninth Circuit.

July 7, 1993.

Before: GOODWIN, SNEED, and HUG, Circuit Judges.

### ORDER

Pursuant to the order of remand of the United States Supreme Court in *Reno, Attorney General, et al. v. Catholic Social Services, Inc., et al.,* —— U.S. ——, 113 S.Ct. 2485, 125 L.Ed.2d 38 (1993), this case is remanded to the district court for further proceedings consistent with that opinion.